UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

David G. Knox

_____

DEFAULT JUDGMENT

Case No. CIV S-10-3403 LKK EFB

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **David G. Knox**

October 27, 2011

VICTORIA C. MINOR, CLERK

By:  s/A. Meuleman
A. Meuleman, Deputy Clerk